1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   MICHAEL J. HASSEN (Bar No. 124823), mjh@jmbm.com
2  Two Embarcadero Center, Fifth Floor
   San Francisco, California 94111-3824
3  Telephone:    (415) 398-8080
   Facsimile:    (415) 398-5584
4
   Attorneys for Defendants FREDERICK'S OF HOLLYWOOD
5  STORES, INC., FREDERICK'S OF HOLLYWOOD, INC.

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

| 12 | ZACHARY HILE, on behalf of himself and all others similarly situated, | CASE NO.    C07-0715 SC |
|----|---|---|
| 13 |  | **STIPULATION FOR STAY OF PROCEEDINGS; ORDER** |
| 14 | Plaintiff, |  |
| 15 | v. |  |
| 16 | FREDERICK'S OF HOLLYWOOD STORES, INC., FREDERICK'S OF HOLLYWOOD, INC., |  |
| 17 |  |  |
| 18 | Defendants. |  |

19

20       IT IS HEREBY STIPULATED AND AGREED by and between the parties to the

21  above-entitled action, by their respective counsel, as follows:

22

23       (1) That the parties shall mediate this dispute before the Honorable Edward Infante,

24  Ret., and that the mediation shall occur at the San Francisco offices of JAMS on July 24, 2007.

25       (2) That the action be stayed for all purposes, including discovery and answering the

26  complaint, so the parties may focus their energies on settlement efforts.

27       (3) That this stay may be terminated by either side upon 30 days' written notice, and

28  said notice shall be filed with the Court.

1     (4) That the case management conference in this case presently scheduled for May 11, 2007, at 10:00 a.m. be continued to August 10, 2007, at 10:00 a.m.

4     DATED: May 2, 2007     JEFFER, MANGELS, BUTLER & MARMARO LLP

By: /s/ Michael J. Hassen
MICHAEL J. HASSEN
Attorneys for Defendants FREDERICK'S OF HOLLYWOOD STORES, INC., FREDERICK'S OF HOLLYWOOD, INC.

11     DATED: May 2, 2007     KELLER GROVER LLP

By: /s/ E A Grover
ERIC A. GROVER
Attorneys for Plaintiff ZACHARY HILE

## ORDER

Based on the Stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED that this matter is stayed pending settlement discussions among the parties. Either side may dissolve this stay on 30 days' notice by filing with the Court a "Notice of Termination of Stay."

IT IS HEREBY FURTHER ORDERED that the case management conference set for May 11, 2007 is rescheduled for ~~August 10, 2007~~. August 17, 2007

DATED: 5/3/07

IT IS SO ORDERED
United States District Court Judge
Judge Samuel Conti

567282v1

- 2 -     STIPULATION FOR STAY OF PROCEEDINGS