Eric A. Grover, Esq. (CSB# 136080)
Denise L. Díaz, Esq. (CSB# 159516)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Telephone: (415) 543-1305
Facsimile: (415) 543-7681
E-mail: eagrover@kellergrover.com
　　　　 ddiaz@kellergrover.com

Attorneys for Plaintiff
*ZACHARY HILE*

Michael J. Hassen, Esq. (CSB# 124823)
**JEFFER, MANGELS, BUTLER & MARMARO LLP**
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone: (415) 398-8080
Facsimile: (415) 398-5584
E-mail: mjh@jmbm.com

Attorneys for Defendants
*FREDERICK'S OF HOLLYWOOD STORES, INC.,*
*FREDERICK'S OF HOLLYWOOD, INC.*

FILED
JAN - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY HILE, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FREDERICK'S OF HOLLYWOOD STORES, INC., FREDERICK'S OF HOLLYWOOD, INC.<br><br>　　　　Defendants. | Case No.: C 07-0715 SC<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

STIPULATION AND PROPOSED ORDER RE:
CONTINUANCE OF CASE MANAGEMENT
CONFERENCE                                                                                      C 07-0715 SC

WHEREAS Plaintiff Zachary Hile ("Plaintiff") and Defendants Frederick's of Hollywood Stores, Inc. and Frederick's of Hollywood, Inc. ("Defendants") have agreed to settle this case and are currently finalizing a settlement agreement;

WHEREAS a Joint Case Management Conference Statement is due today, January 2, 2008, in advance of a Case Management Conference that is scheduled for January 11, 2008;

WHEREAS the parties need additional time to finalize their settlement agreement;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, through their attorneys of record, that the Case Management Conference in this case scheduled for January 11, 2008 be continued by thirty (30) days to allow the parties additional time to finalize the settlement and resolution of this case.

Respectfully submitted,

Dated: January 2, 2008       **KELLER GROVER LLP**

By:  _____/s/_____
Denise L. Díaz

Attorneys for Plaintiff

Dated: January 2, 2008       **JEFFER, MANGELS, BUTLER & MARMARO LLP**

By:  _____/s/_____
Michael John Hassen

Attorneys for Defendants

---

STIPULATION AND PROPOSED ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE

1

C 07-0715 SC

## **ORDER**

The Case Management Conference currently set for January 11, 2008 at 10:00 a.m. is hereby continued to March 21, 2008. The parties will file a joint case management statement on March 14, 2008.

IT IS SO ORDERED.

Date: 1/3/08

Honorable Samuel Conti
United States District Judge

---

1

STIPULATION AND PROPOSED ORDER RE:
CONTINUANCE OF CASE MANAGEMENT
CONFERENCE                                                                                          C 07-0715 SC