| | |
|---|---|
| 1 | JEFFER, MANGELS, BUTLER & MARMARO LLP |
| | MICHAEL J. HASSEN (Bar No. 124823 ), mjh@jmbm.com |
| 2 | Two Embarcadero Center, Fifth Floor |
| | San Francisco, California 94111-3824 |
| 3 | Telephone:  (415) 398-8080 |
| | Facsimile:  (415) 398-5584 |
| 4 | |
| 5 | Attorneys for Defendants FREDERICK'S OF HOLLYWOOD STORES, INC., FREDERICK'S OF HOLLYWOOD, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZACHARY HILE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK'S OF HOLLYWOOD STORES, INC., FREDERICK'S OF HOLLYWOOD, INC.,<br><br>Defendants. | CASE NO.   C07-0715 SC<br><br>**NOTICE OF INDIVIDUAL SETTLEMENT AND JOINT STIPULATION FOR DISMISSAL; [PROPOSED] ORDER** |

Plaintiff Zachary Hile ("Plaintiff"), and Defendants Frederick's of Hollywood Stores, Inc., Frederick's of Hollywood, Inc. ("Defendant" or "Frederick's") respectively provide this Joint Stipulation and Notice of Individual Settlement, and state that the Plaintiff and Defendant have stipulated and agreed as follows:

1.  Plaintiff has agreed to settle his individual claims against Defendant in the above-styled cause, and to dismiss his case against Defendant with prejudice.  Plaintiff has not dismissed an action against Defendant based on or including the same claims as those presented in this action.

2.  The Court denied Plaintiff's Motion for Class Certification so no class will be certified.

3. Because no class has been certified, under Rule 23, Fed.R.Civ.P., the Court need not review and approve the settlement of Plaintiff's individual claims.

4. Counsel for Plaintiff have not been contacted by any absent class member.

To the Parties' knowledge, no absent class member has relied on the filing of this action as the basis for postponing any legal action of his or her own.

WHEREFORE, the Parties jointly request the Court enter an order and judgment dismissing the individual claims of Plaintiff with prejudice, declaring moot any pending deadlines and motions, and closing this case.

DATED: January 18, 2008

JEFFER, MANGELS, BUTLER & MARMARO LLP
MICHAEL J. HASSEN

By: /s/ MICHAEL J. HASSEN
MICHAEL J. HASSEN

Attorneys for Defendants FREDERICK'S OF HOLLYWOOD STORES, INC., FREDERICK'S OF HOLLYWOOD, INC.

DATED: January 18, 2008

KELLER GROVER LLP

By: /s/ ERIC A. GROVER
ERIC A. GROVER

Attorneys for Plaintiff ZACHARY HILE

**<u>ORDER</u>**

Based on the stipulation of the Parties, and good cause appearing:

IT IS HEREBY ORDERED AND ADJUDGED that:

    1.    The individual claims of Plaintiff in the above-styled action are dismissed with prejudice;

    4.    The Clerk of the Court is hereby instructed to close the case.

DATED: __1/22/08_____



_____
Honorable
United States _____ Judge

644693v1

PRINTED ON RECYCLED PAPER

JMBM Jeffer Mangels Butler & Marmaro LLP